**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jeffrey Lawson McCORMICK, Defendant–Appellant.**

**No. 15–6608.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2015.

Decided: June 23, 2015.

Jeffrey Lawson McCormick, Appellant Pro Se. Ashley Brooke Neese, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Lawson McCormick appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because McCormick's informal brief does not challenge the basis for the district court's disposition, McCormick has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*